IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| DARLA B., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 22-cv-3160 |
| ) | |
| MARTIN O'MALLEY, Commissioner ) | |
| of Social Security,[1] ) | |
| ) | |
| Defendant. ) | |

## ORDER

**COLLEEN R. LAWLESS, United States District Judge:**

Pursuant to 42 U.S.C. §§ 405(g) and 1383(c)(3), Plaintiff Darla B's Complaint (Doc. 1) seeks judicial review of Defendant Commissioner of Social Security's (Commissioner's) decision denying her application for Social Security benefits. Before the Court is Plaintiff's Brief (Doc. 10), Commissioner's Brief (Doc. 14), Plaintiff's Reply (Doc. 15), and Magistrate Judge Karen McNaught's September 20, 2024 Report and Recommendation (Doc. 16). Judge McNaught recommends that the Commissioner's decision to deny Plaintiff's benefits be affirmed and that judgment be entered in favor of the Commissioner. More than fourteen days have elapsed since the filing of the Report and Recommendation, and no objections have been made. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). Therefore, any objections to the Report and Recommendation have been waived and the Court will

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Martin O'Malley is substituted for his predecessor.

review the Report and Recommendation for clear error. *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

Plaintiff claims that the Administrative Law Judge ("ALJ")'s residual functional capacity ("RFC") determination was not supported by substantial evidence because it did not properly account for her physical pain or her mental health diagnoses. The Court finds no clear error and concurs with the Magistrate Judge's thorough factual and legal discussion and recommendation. Accordingly, the Court adopts the Report and Recommendation (Doc. 16). The Commissioner's Brief in support of the ALJ's decision (Doc. 14) is GRANTED. The Plaintiff's Brief in support of remand (Doc. 10) is DENIED.

IT IS ORDERED that the decision denying benefits to Plaintiff Darla B. is AFFIMED.

Pursuant to Rule 25(d), the Clerk shall substitute Martin O'Malley, Commissioner of Social Security, as Defendant.

The Clerk of the Court will enter judgment in favor of Defendant Commissioner and against Plaintiff. This case is terminated.

ENTER: November 13, 2024

COLLEEN R. LAWLESS
UNITED STATES DISTRICT JUDGE